CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Krista Hemming, Esq., SBN 304213
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
kristah@potterhandy.com
Attorney for Plaintiff

VICTOR P. DANHI, BAR No. (SBN: 210246)
victor.danhi@afslaw.com
GARY D. BROPHY (SBN: 307395)
gary.brophy@afslaw.com
MICHAEL GARCIA (SBN: 336451)
michael.Garcia@afslaw.com
ARENTFOX SCHIFF LLP
44 Montgomery Street, 38th Floor
San Francisco, CA 94104
Telephone: (415)-757-5500
Facsimile: (415)-757-5501
Attorneys for Defendant Main Street Cupertino Retail Property, LLC

JEFFREY M. BLANK, (SBN: 217522)
jblank@garciarainey.com
HUGO A. LOPEZ, (SBN: 315846)
hlopez@garciarainey.com
GARCIA RAINEY BLANK & BOWERBANK LLP
A Limited Liability Partnership
695 Town Center Drive, Suite 540
Costa Mesa, California 92626-1925
Telephone: (714)-382-7003
Facsimile: (714)-784-0031
Attorneys for Defendant Easy Way Formula, LLC

**IT IS SO ORDERED**
Judge Yvonne Gonzalez Rogers
1/3/2023

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>EASY WAY FORMULA, LLC, a California Limited Liability Company;<br><br>MAIN STREET CUPERTINO RETAIL PROPERTY, LLC, a Delaware Limited Liability Company, | Case No.: 4:21-cv-01926-YGR<br><br>JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii) |

Defendants.

## STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed in its entirety, including Defendant Easy Way Formula, LLC's Cross-Complaint, with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: December 28, 2022     CENTER FOR DISABILITY ACCESS

By: /s/ Krista Hemming
Krista Hemming
Attorneys for Plaintiff

Dated: December 28, 2022     ARENTFOX SCHIFF LLP

By: /s/ Michael Garcia
Michael Garcia
Attorney for Defendant Main Street Cupertino Retail Property, LLC

Dated: December 28, 2022     GARCIA RAINEY BLANK & BOWERBANK LLP

By: /s/ Hugo A. Lopez
Hugo A. Lopez
Attorney for Defendant Easy Way Formula, LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Michael Garcia, counsel for Main Street Cupertino Retail Property, LLC and Hugo A. Lopez, counsel for Easy Way Formula, LLC, and that I have obtained their authorization to affix electronic signature to this document.

Dated: December 28, 2022         CENTER FOR DISABILITY ACCESS

                                 By: /s/ Krista Hemming
                                 Krista Hemming
                                 Attorneys for Plaintiff